JUDGE HOLDERMAN
MAGISTRATE JUDGE COLE
AEE

FILED: JULY 10, 2008
Case 1:08-cv-03937   Document 2   Filed 07/10/2008   Page 1 of 1
08CV3937

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
CHEIKH MBAYE

**DEFENDANTS**
RUTH A. DOROCHOFF, in her official capacity as District Director of Citizenship and Immigration Services

**(b)** County of Residence of First Listed Plaintiff: Cook County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Kameli & Associates, P.C.
111 E. Wacker Dr., Suite 555
Chicago, IL 60601  (312) 233-1000

Attorneys (If Known)
U.S. Attorneys
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
OTHER STATUTES: [x] 890 Other Statutory Actions

## V. ORIGIN
(not checked)

## VI. CAUSE OF ACTION
Writ of mandamus to compel adjudication of adjustment of status application, 28 USC 1361, 5 USC 701 et seq.

## VII. PREVIOUS BANKRUPTCY MATTERS
(none)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] No

## IX. This case
[x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number ____, previously dismissed by Judge ____

DATE: 7/9/08
SIGNATURE OF ATTORNEY OF RECORD: /s/John R. Floss/