**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CHEIKH MBAYE v. RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services.

Case Number:
**FILED: JULY 10, 2008**
**08CV3937**
**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE COLE**
**AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHEIKH MBAYE, Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Khalil J. Khalil | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Khalil J. Khalil/ | |
| FIRM | |
| Law Offices of Kameli & Associates, P.C. | |
| STREET ADDRESS | |
| 111 E. Wacker Dr., Suite 555 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6281904 | (312) 233-1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐