**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CHEIKH MBAYE v. RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services. | Case Number:<br>**FILED: JULY 10, 2008**<br>**08CV3937**<br>**JUDGE HOLDERMAN**<br>**MAGISTRATE JUDGE COLE**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHEIKH MBAYE, Plaintiff

| |
|---|
| NAME (Type or print)<br>John R. Floss |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>س/ John R. Floss/ |
| FIRM<br>Law Offices of Kameli & Associates, P.C. |
| STREET ADDRESS<br>111 E. Wacker Dr., Suite 555 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289487 | TELEPHONE NUMBER<br>(312) 233-1000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐