UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHEIKH MBAYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 3937 |
| v. ) | |
| ) | |
| RUTH A. DOROCHOFF, IN HER OFFICIAL ) | Judge Holderman |
| CAPACITY AS DISTRICT DIRECTOR OF ) | Magistrate Judge Cole |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendant. ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel D. Brooks
SAMUEL D. BROOKS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5342
sam.brooks@usdoj.gov

### CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

Attorney Designation

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on August 4, 2008, to the following non-ECF filers:

| | |
|---|---|
| Khalil Jaafar Khalil | John R. Floss |
| Law Offices of Kameli & Associates,P.C. | Law Offices of Kameli & Assoicates, P.C. |
| 111 East Wacker Drive | 111 East Wacker Drive |
| Suite 555 | Suite 555 |
| Chicago, IL  60601-3713 | Chicago, IL  60601-3713 |

By:    s/ Samuel D. Brooks
SAMUEL D. BROOKS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5342
sam.brooks@usdoj.gov