AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHEIKH MBAYE

V.

RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services

CASE NUMBER: 08CV3937

ASSIGNED JUDGE: **JUDGE HOLDERMAN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Ruth A. Dorochoff
District Director, USCIS
101 W. Congress Pkwy.
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Kameli & Associates, P.C.
111 E. Wacker Dr., Suite 555
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

July 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/11/08 |
| NAME OF SERVER (PRINT)  John Floss | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served via U.S. Postal Service certified mail # 7004 2510 0001 9715 4839 sent 7/11/08. See attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $6.07 | $6.07 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/5/08
　　　　　　　　Date　　　　　Signature of Server

Address of Server
Kameli & Associates, P.C.
111 E. Wacker Dr., # 555
Chicago, IL 60001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ruth A. Dorochoff
    District Director, USCIS
    101 W. Congress Pkwy
    Chicago, IL. 60605

    M. Cheikh Mbaye

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   B. KCa
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 9715 4839

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO IL 60605    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.17 | 0013 |
| Certified Fee | $2.70 | 12 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.07 | 07/31/2008 |

Sent To: Ruth A. Dorochoff / Dist. Dir. USCIS
Street, Apt. No.; or PO Box No.: 101 W. Congress Pkwy.
City, State, ZIP+4: Chicago, IL. 60605

PS Form 3800, June 2002    See Reverse for Instructions

7004 2510 0001 9715 4839